# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM ROHLAND,** | CIVIL ACTION NO. 1:18-CV-547 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **JOHN WETZEL, Executive Branch Pa Agent,** *et al.*, | |
| Respondents | |

## **ORDER**

AND NOW, this 19th day of March, 2019, upon consideration of the motion (Doc. 27) filed by *pro se* petitioner William Rohland ("Rohland") seeking relief under Federal Rule of Civil Procedure 60(a), it is hereby ORDERED that Rohland's motion (Doc. 27) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania